UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLEAR CHANNEL BROADCASTING,
INC., a Nevada corporation
      Plaintiff,

v.                                           Case No.: 3:05-cv-665-J-20MCR

RENDA BROADCASTING CORP., a
Pennsylvania corporation, and RENDA
BROADCASTING CORPORATION OF
NEVADA, a Nevada corporation.
      Defendant.
_____/

## ORDER

The Court, having been advised that the case has been settled in its entirety, in the above-captioned case, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Dismissal will be **WITHOUT PREJUDICE** for the first (30) days, during which time the parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 28 day of July, 2005.

                                                  HARVEY E. SCHLESINGER
                                                United States District Judge

Copies to:
Richard R. Thames, Esq.
Christopher S. Carver, Esq.
Sarah G. Maroon, Esq.
Michael L. Duncan, Esq.
Lynn D. Carrillo, Esq.